No. 1307.  BELLAMY ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 1343.  GLUCKSMAN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 1409.  BARNETT *v.* ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 1423.  ELBEL *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 1430.  BENEDICT ET AL. *v.* COUNTY OF PEORIA. Sup. Ct. Ill.  Certiorari denied.

No. 1431.  HINGLE *v.* PEREZ ET AL.  C. A. 5th Cir. Certiorari denied.

No. 1439.  ETHICON, INC. *v.* HANDGARDS, INC., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 1440.  WILSON *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 1444.  YOUNG *v.* NEW JERSEY.  Sup. Ct. N. J. Certiorari denied.

No. 1445.  DORR *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 1446.  McKOWN ET AL. *v.* PIERCE ET AL.  Sup. Ct. Tenn.  Certiorari denied.